IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Pablo Sanchez,**<br>227 Florida Avenue,<br>Lorain, Ohio 44052,<br><br>   Plaintiff;<br><br>   v.<br><br>**Megan J. Brennan,**<br>**Postmaster General,**<br>United States Postal Service,<br>475 L'Enfant Plaza, SW Room 4012,<br>Washtington, DC 20260,<br><br>   Defendant. | **Complaint** |

### Introduction

1. This case is about discrimination and retaliation against Pablo Sanchez ("Pablo") while employed for the United States Postal Service ("USPS").

2. As result of the discrimination and retaliation, Pablo suffered damages which include lost wages, lost benefits, medical damages, and emotional distress.

3. Pablo is seeking compensatory damages, punitive damages, liquidated damages, statutory damages, reasonable attorney's fees, court costs, and any other relief available through this action.

### The Parties

4. Pablo is a natural person residing in Lorain County, Ohio.

5. USPS is a governmental agency with facilities in Lorain County, Ohio.

**Jurisdiction and Venue**

6. The court has subject matter jurisdiction over this action because it presents a federal question. 28 U.S.C. § 1331.

7. Venue is proper in this jurisdiction as Pablo was employed by USPS in Lorain County, Ohio.

**Facts Common to All Causes of Action**

8. Pablo worked at USPS for over 30 years.

9. Pablo was a loyal, diligent, and qualified employee.

10. Pablo retired this past year.

11. On May 8, 2019, the U.S. Equal Employment Opportunity issued an Order Entering Judgment with an attached Decision. A copy of the order and decision is attached as *Exhibit 1* and adopted by reference herein.

12. The decision in *Exhibit 1* provides that "the preponderance of the evidence supports a finding that the agency's actions were motivated by an unlawful animus towards Complainant's prior EEO activity."

13. On June 14, 2019, USPS sent a Notice of Final Action to Pablo. A copy of the notice is attached as *Exhibit 2* and adopted by reference herein.

14. According to the notice, Pablo has 90 calendar days from his receipt of the notice to file a civil action.

15. A copy of the tracking information for the notice, showing that the notice was delivered on June 19, 2019, is attached hereto as *Exhibit 3* and adopted by reference herein.

16. Clarence Ooten, Susan Taylor, Catherine Thomas, and Irma Charles were supervisors of Pablo while employed at USPS.

17. A true and accurate copy of a letter of apology from the individuals identified in ¶ 16 is attached as *Exhibit 4* and adopted by reference.

18. Supervisors and employees of USPS discriminated against Pablo because of Pablo's race and ethnicity.

19. Supervisors and employees of USPS retaliated against Pablo for filing formal complaints about the discrimination.

20. Supervisors and employees of USPS created a hostile work environment for Pablo.

21. Pablo was damaged as a result of the actions of supervisors and employees for USPS.

### First Cause of Action

### (Discrimination)

22. Pablo incorporates ¶¶ 1-21 as if fully rewritten herein.

23. Pablo was discriminated against by his supervisors because of his race.

24. Pablo is Hispanic and his race was known to his employer.

25. Pablo was treated differently than other similarly situated white employees.

26. Pablo suffered compensatory damages, including mental anguish, in an amount to be determined at trial.

27. The defendant acted intentionally, recklessly, and maliciously in discriminating against Pablo.

28. As a direct and proximate result, Pablo sustained damages, past and future, which include mental anguish, lost wages, and lost earning capacity.

### Second Cause of Action

### (Retaliation)

29. Pablo incorporates ¶¶ 1-28 as if fully rewritten herein.

30. The defendant retaliated against Pablo for opposing the race discrimination.

31. Pablo suffered compensatory damages, including mental anguish, in an amount to be determined at trial.

32. The defendant acted intentionally, maliciously, and recklessly in retaliating against Pablo.

33. As a direct and proximate result, Pablo sustained damages, past and future, which include mental anguish, lost wages, and lost earning capacity.

**Relief Requested**

Plaintiff, Pablo Sanchez, requests judgment against the Defendant, USPS, in an amount in amount over $300,000.00, under each cause of action, for compensatory and punitive damages plus the costs of this litigation and attorney's fees; and Plaintiff further demands all other relief that the Court deems just and equitable.

Respectfully submitted,

/s/ John J. Gill
John J. Gill (0084118)
J. Gill Law LLC
124 Middle Avenue, Suite 400
Elyria, Ohio 44035
Phone: (440) 915-5610
Fax:     (440) 290-5966 fax
Email:  ohioattorneygill@gmail.com
*Attorney for Plaintiff, Pablo Sanchez*

**Jury Demand**

Pablo Sanchez hereby demands a trial by jury composed of the maximum number of jurors allowed by law on all claims which allow a trial by jury.

/s/ John J. Gill
John J. Gill (0084118)